RECEIVED
NOV 2 3 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

n 0$

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Kevin Boyd
Full Name of Plaintiff, Prisoner Number

5:11-CV-2097 SEC P
Civil Action

VS.

Judge

Elvan Mc Daniel
Full Name of Defendant

Magistrate Judge

## COMPLAINT

**I. Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes _____ No ✓

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

_____

_____

2. Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: _____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which

has been dismissed?
Yes _____   No ✓

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. **Name of institution and address of current place of confinement:**

*Claiborne Parish Detention Center*

B. Is there a prison grievance procedure in this institution?
Yes ✓   No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes _____   No ✓
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

*Because my complaint is not against this facility, it is against the Homer Police Department*

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

## III. Parties to Current Lawsuit:

A. Name of Plaintiff _Kevin D. Boyd_

   Address _233 Beardsley St. Homer, La 71040_

B. Defendant, _Roger Smith_, is employed as _Police Officer_ at _Homer Police Department_.

   Defendant, _Van McDaniel_, is employed as _Police Officer_ at _Homer Police Department_.

   Defendant, _____, is employed as _____ at _____.

   Additional defendants _____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On the day of July 24, 2011 I was arrested by the Homer Police Department, by office Roger Smith, Another officer arrived on the scene Van McDaniel, at that time we exchanged words. Officer McDaniel removed his taizer gun and proceeded to taize me several times causing me to loose control of my bodily fluids and I deaficated on myself. Officer Smith had already placed me in handcuffs so there was no need to excess-ive force. After my incarceration my medical attention was denied for a period of 7 to 10 days. I was finally seen by the nurse

here at Claiborne Parish Detention Center and was treated for irregular heartbeats and a nervous condition which still consist.

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I'm seeking compensation from officer McDaniel and the Homer Police Department for Pain and suffering and Public Embarassment

VI. Plaintiff's Declaration

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this _4_ day of _November_, _2011_.

SP# 8497   Doc# 379610
_____        _____
Prisoner no. (Louisiana Department of        Signature of Plaintiff
Corrections or Federal Bureau of Prisons
or Alien registration number)

Kevin Berry

5/2006

RECEIVED
NOV 23 2011
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

11-18-11

11/23
SENT FORM
1915. CSH

Dear Sir or Madam,

I'm writing asking would you please forward me another forma Pauperis. The form which was sent with my claim this facility has failed to return it to me, which has hindered me from proceeding with my claim. Would you please so kindly send me another one along with my civil number. Thank you so much for your time and consideration.

Respectfully
Mr. Kevin Boyd #8492