UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KEVIN BOYD                              CIVIL ACTION NO. 11-2097

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

ROGER SMITH, ET AL.                     MAGISTRATE JUDGE HORNSBY

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 85), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment (Record Document 54) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 28th day of October, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE